**AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR A SEARCH WARRANT**

I, Sean P. Doyle, United States Postal Inspector, being duly sworn, depose and state as follows:

**I.     INTRODUCTION**

1. I have been employed as a Postal Inspector by the United States Postal Inspection Service ("USPIS") since July 2016.  I was assigned to the USPIS Connecticut and Western Massachusetts Major Crimes Team from 2016 through August of 2019.  In August of 2019, I transferred to the USPIS Manchester, NH Prohibited Mail Narcotics/ Miscellaneous Crime Team.  On these teams, my duties and responsibilities include, but are not limited to, the investigation of the illegal shipment of narcotics and narcotics proceeds, as well as the laundering of drug proceeds via the United States Postal Service ("USPS").  I have intercepted numerous USPS Priority Mail Express or Priority Mail parcels which were found to have contained controlled substances and/or the proceeds from the sales of controlled substances through the United States Mail.  Prior to becoming a U.S. Postal Inspector, I was employed for ten years as a police officer for the Town of Londonderry, New Hampshire.

2. I have received extensive training in criminal investigations, procedures, and criminal law, and I have assisted senior postal inspectors and other law enforcement agents in numerous criminal investigations and in the execution of search warrants.  I have received training from the USPIS in the investigation of controlled substances and proceeds/payments for controlled substances being transported through the United States Mail. I have also received asset forfeiture training and have consulted with senior postal inspectors and asset forfeiture specialists.

3. I am a law enforcement officer of the United States within the meaning of Title 18 U.S.C. § 3061, and am empowered by law to conduct investigations and make arrests for offenses enumerated in Title 21 U.S.C. §841(a)(1), distribution of controlled substances, Title 21 U.S.C. §843(b), use of a communications facility in the commission of narcotics trafficking offenses, Title 21 U.S.C. §846, conspiracy to possess with intent to distribute and distribution of controlled substances and other federal offenses.

4. The information set forth in this affidavit is based on an investigation other law enforcement agents and I are conducting. This affidavit does not contain every fact known to me with respect to this investigation. Rather, it contains those facts I believe to be necessary to establish probable cause for issuance of this search warrant.

II. **GENERAL BACKGROUND CONCERNING THE SHIPMENT OF DRUGS AND DRUG SALE PROCEEDS THROUGH THE UNITED STATES MAILS**

5. Based on my training and experience, I know that individuals shipping controlled substances via the United States Mail primarily utilize Priority Mail Express and Priority Mail because of the speed, reliability, free telephone, and internet package tracking service, as well as the perceived minimal chance of detection. Mailers often use fictitious names and/or fictitious return addresses to prevent them from being identified and apprehended by law enforcement. Additionally, it is not uncommon to use legitimate names and legitimate addresses that are not, at the time the package is shipped, associated with each other. Additionally, in the cases where USPS Priority Mail Express and Priority Mail packages containing controlled substances and/or proceeds of controlled substances have displayed a business or company name or used a business address, it not infrequently proves to be a fictitious business or

company, or, in certain cases, a legitimate company whose name or address was being used without the knowledge or authorization of that business.

6. Based on my training and experience, I know that narcotics traffickers often send their illegal narcotics through the mail from source states, such as California, Arizona, Texas, Nevada, and the U.S. Territory of Puerto Rico. Also, based on my training and experience, I know individuals who receive narcotics parcels via the U.S. Mail often make return payments for those narcotics through the mail. The return payments are mailed to source states in the form of bulk U.S. currency and money orders, to include U.S. Postal Service money orders.

### III.  DESCRIPTION OF THE SUBJECT PARCEL

7. Based on the information contained in this affidavit, there is probable cause to believe, and I do believe, that a Priority Mail parcel displaying a handwritten Priority Mail label, bearing tracking number 9505510336363102634078, addressed to "Angel Rosario 234 Bell St. Manchester NH 03103," and bearing a return address of "Ivan Perez Urb. Las Vegas Calle 26 DD-30 Catano PR 00962" (herein after the "Subject Parcel"), contains controlled substances. An image of the Subject Parcel is incorporated herein:



8. The Subject Parcel measures approximately 11.25" x 8.75" x 6," weighs approximately 3 pounds, 10.70 ounces and bears $17.10 in U.S. postage. The Subject Parcel received an "accept or pickup" scan on April 12, 2023, in Sabana Seca, PR 00952.

IV. **INVESTIGATION TO DATE**

9. On or about Thursday, April 13, 2023, Postal Inspectors in New Hampshire identified the Subject Parcel as a parcel originating in a source narcotics area which was destined to New Hampshire. From my training and experience, as well as through prior seizures made by myself and other USPIS Inspectors, I know that greater San Juan, PR is a narcotic source area. Based on this identification, I made the decision to

monitor the Subject Parcel as it transited through the postal service network from Puerto Rico to New Hampshire.  The parcel was in the USPS network, transiting from Puerto Rico to New Hampshire, from April 12, 2023, until it reached the Manchester South Station on Saturday, April 15, 2023.

10. On Monday, April 17, 2023, at approximately 12:30 PM, I was able to physically locate and take custody of the Subject Parcel.  The Subject Parcel was located at the Manchester South Station, located at 7 Perimeter Rd. Manchester, NH 03103.  Prior to Inspectors being able to physically locate the Subject Parcel, on Saturday, April 15, 2023, the USPS carrier assigned to the delivery route of the Subject Parcel scanned the Subject Parcel "Addressee Unknown," indicating the name listed on the Subject Parcel does not receive mail at that address. On Monday, April 17, 2023, the parcel was also scanned "Insufficient Address."

11. On Monday, April 17, 2023, I conducted research regarding the listed sender, return address, recipient, and delivery address.  I reviewed USPS database records which indicated that the delivery address on the Subject Parcel, 234 Bell St. Manchester, NH 03103, is an incomplete address.  Based on the review of USPS records and an open-source search via www.google.com, 234 Bell St. appears to be a multi-family unit. Specifically, a www.google.com street view image shows three mailboxes on the front of the residence.  The Subject Parcel lacks a unit number.

12. A check of the law enforcement database CLEAR, which has proven reliable in previous investigations, did not return results indicating that an individual with the listed recipient name, Angel Rosario, as being associated with the delivery address. Additionally, a check of the listed recipient name and address with the Manchester,

NH Police Department did not return any contacts with "Angel Rosario" at the 234 Bell St. address or at any other address in the city of Manchester, NH.

13. A review of USPS database records indicated that the listed return address on the Subject Parcel, Urb. Las Vegas Calle 26 DD-30 Catano PR 00962, is not a valid address. A review of USPS records shows that the proper postal address for the listed residence would be Urb. Las Vegas DD-30 Calle Demetrio Coello Catano, PR 00962. A check of the law enforcement database CLEAR, which has proven reliable in previous investigations, also listed the correct address as Urb. Las Vegas DD-30 Calle Demetrio Coello Catano, PR 00962. Additionally, CLEAR did not return results indicating that an individual with the listed sender name, Ivan Perez, as being associated with the delivery address.

14. Based on my training and experience, I know that individuals who utilize the United States Postal Service Priority Mail service to ship controlled substances can input information for the sender and recipient. In an attempt to avoid detection by law enforcement, these individuals sometimes use fictitious sender/recipient names. Also, these individuals may use fictious and/or incomplete return addresses in attempts to distance themselves from the contraband in case it is returned. They may also omit a unit from the delivery address in hopes the parcel will be delivered without it being connected to a specific unit. These indicators are present on the Subject Parcel. Additionally, individuals who utilize the United States Postal Service to ship controlled substances utilize Priority Mail because it is one the Postal Service's fastest services. This limits the amount of time the parcel is in the mail stream and susceptible to interception.

## V.    CANINE POSITIVE RESPONSE TO PACKAGE

15. On April 18, 2023, Inspectors contacted Officer Martens of the Manchester, NH Police and requested that he and his narcotic-trained K-9, "Grimm," review the Subject Parcel for the odor of controlled substances. Inspectors arranged to meet Officer Martens at the U.S. Postal Inspection Service's office at the Manchester, NH Processing and Distribution Center ("P&DC"). On April 18, 2023, Officer Martens arrived at the P&DC with Grimm in order to review the Subject Parcel. Officer Martens advised Inspectors that Grimm is a Belgian Malinois. Officer Martens informed Inspectors that he uses Grimm in the detection of controlled substances in different situations, including within sealed packages shipped through the United States Mail and other courier services. Officer Martens further informed Inspectors that he and Grimm successfully completed the United States Police Canine Association certification process and that their certification is current. The certification process involves a comprehensive test designed to measure the ability of the dog and the handler in searching for and indicating the presence of narcotics. This certification is administered in different environments with a variety of distractions and is designed to duplicate actual field conditions that may be encountered by the canine team. Officer Martens advised Inspectors that Grimm was certified in the detection of the odors of cocaine and its derivatives, heroin and its derivatives, and methamphetamines and its derivatives.

16. On April 18, 2023, the Subject Parcel was examined by certified narcotics detection K-9 Grimm. The Subject Parcel was individually placed among four (4) other similar sized parcels, without Officer Martens' knowledge of its location. Upon examination

of the parcels, Officer Martens advised K-9 Grimm had alerted to a parcel known to Inspectors to be the Subject Parcel.

17. Based on my training and experience, I know that in addition to narcotics, packages such as the Subject Parcel often contain other indicia of narcotics trafficking such as bulk currency, money orders, records or "ledgers" relating to the controlled substances and/or records or other documents relating to the identity of the individual(s) who shipped the package(s) or the intended recipient(s) of such packages.

18. The Subject Parcel is presently in the custody of the U.S. Postal Inspection Service located at 955 Goff Falls Rd. Manchester, NH 03103.

## VI.    CONCLUSION

19. Based on the facts described above, I believe that there is probable cause to believe that the Subject Parcel described above contains controlled substances, cash, money orders, or other documents relevant to drug trafficking in violation of Title 21, United States Code, Sections 841(a)(1) (possession with intent to distribute and distribution of controlled substances), 843(b) (use of a communication facility in the commission of a controlled substances trafficking offense), and 846 (conspiracy to possess with intent to distribute and distribution of controlled substances).

20. Accordingly, I respectfully request that this Court issue a search warrant authorizing the search of the Subject Parcel for Items, documents, records, files, and other information that constitutes evidence, fruits, and/or other instrumentalities of violations of Title 21, United States Code, Sections 841(a)(1), 843(b), and 846, including controlled substances, money, records relating to controlled substances

and/or money, and/or records relating to the identity of the individual who shipped the package or the intended recipient of the package.

/S/ Sean P. Doyle
SEAN P. DOYLE
UNITED STATES POSTAL INSPECTOR

The affiant appeared before me by telephonic conference on this date pursuant to Fed. R. Crim. P. 4.1 and affirmed under oath the content of this affidavit and application.

Date: **Apr 19, 2023**
Time: **2:56 PM, Apr 19, 2023**

HONORABLE ANDREA K. JOHNSTONE
UNITED STATES MAGISTRATE JUDGE